■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH F. DUNN, Appellant. — Two judgments of the Supreme Court, Suffolk County (D'Amaro,

J.), both rendered January 8, 1981, and, upon an appeal by permission, order of the same court (Stark, J.), dated May 27, 1981, affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J. P., Gibbons, Gulotta and Bracken, JJ., concur.